UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30146

| | |
|---|---|
| PEREZ BROTHERS MARKET, INC., | |
| Plaintiff, | |
| vs. | MOTION FOR STAY |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Now comes the Plaintiff and moves this Honorable Court issue an Order staying the enforcement of the penalty levied against the Plaintiff by the Defendant.

    The Plaintiff in its Complaint alleges that the suspension of the Plaintiff from the Food Stamp Program was unlawful.

    While this appeal is pending, it is unfair to allow the penalty which is a drastic economic impact upon the Plaintiff to be enforced.

    WHEREFORE, Plaintiff moves this Honorable Court issue an Order which prohibits the Defendant from enforcing the penalty of suspension from the Food Stamp Program.

The Plaintiff,
Perez Brothers Market, Inc.,
By Its Attorney,

Dated: 9-2-04

Steven R. Weiner, Esquire
BBO# 520090
930 Main Street
Springfield, MA 01103
(413) 781-1154

Steven R. Weiner, Esquire
Attorney at Law
Springfield, MA

## CERTIFICATE OF SERVICE

I, Steven R. Weiner, Esquire hereby certify that on this 3rd ____ day of September 2004 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to Peter Conti, United States Department of Agriculture, MA/RI Field Office, 10 Causeway Street, Room 501, Boston, MA 02222; Mr. John M. Heslin, Chief, U.S. Department of Agriculture Food and Nutrition Service, Administrative Review Branch, 3101 Park Center Drive, Room 608, Alexandria, VA 22302-1594.

_____
Steven R. Weiner, Esquire

Steven R. Weiner, Esquire
Attorney at Law
Springfield, MA