UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30146

PEREZ BROTHERS MARKET, INC.,         ]
                                     ]
              Plaintiff,             ]
                                     ]
vs.                                  ]          PROPOSED ORDER
                                     ]
UNITED STATES OF AMERICA,            ]
                                     ]
              Defendant.             ]


    Upon Motion of the Plaintiff, it is ordered that the Defendant is prohibited from enforcing the penalty of disqualification from the Food Stamp Program until further order of the Court.


                                            _____
                                                                         J.