UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

PEREZ BROTHERS MARKET, INC. )
)
v. )
)
JOHN M. HESLIN, Chief, ) No. 04cv30146-KPN
Administration Review Branch, )
Food and Nutrition Service, )
United States Department of )
Agriculture, )
)
Defendant. )

## GOVERNMENT'S MOTION FOR ENTRY OF STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL
(attached)

The United States of America, by its undersigned attorneys, respectfully requests that the Court enter the accompanying Stipulation of Settlement and Order of Dismissal.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
KAREN L. GOODWIN
Assistant U.S. Attorney

Date: September 30, 2004.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

_____
Assistant U.S. Attorney