SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEREZ BROTHERS MARKET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04cv30146-KPN |
| ) | |
| JOHN M. HESLIN, Chief, ) | |
| Administration Review Branch, ) | |
| Food and Nutrition Service, ) | |
| United States Department of ) | |
| Agriculture, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF SETTLEMENT
## AND ORDER OF DISMISSAL

WHEREAS, the plaintiff commenced this action against the defendant seeking to set aside the decision of the United States Department of Agriculture disqualifying the plaintiff from participation in the Food Stamp Program for a period of six months;

WHEREAS, the plaintiff and the defendant have agreed that this action shall be settled and dismissed with prejudice, without costs, expenses, or attorneys' fees, upon and subject to the following terms and conditions;

NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The plaintiff will pay to the United States of America a civil money penalty in the amount of $15,348.00.

2.    The above-referenced civil money penalty shall be
paid by certified checks made payable to the United States
Department of Justice in eight installments as follows:
the first installment of $1,943.00 shall be due and paid upon
the signing of this agreement.  The remaining seven
installments of $1,915.00 each shall be due by 5:00 P.M. on
the first of each month, beginning with the month of
November, 2004.  The certified checks shall be delivered to
the United States Attorney's Office, Financial Litigation
Unit, John Joseph Moakley United States Courthouse, Suite
9200, Boston, MA 02210.

3.    If the plaintiff fails to tender any installment
payment when due, the plaintiff shall be deemed in default of
this agreement, and agrees (1) to an automatic
disqualification from the Food Stamp Program for six months,
commencing the day after the due date of the installment; (2)
to a waiver of all rights to an administrative or judicial
review of such disqualification; and (3) to forfeiture of any
portion of the total civil money penalty that the plaintiff
might have already paid.

4.    The plaintiff agrees to comply with all applicable
laws and regulations of the Food Stamp Program and to fulfill
his obligations as set forth in this stipulation.  If a
random inspection during the ensuing 12 months reveals any

2

violation of the Food Stamp Act or regulations committed by
the plaintiff or any of its employees, the plaintiff agrees
(1) to an automatic and immediate disqualification from the
Food Stamp Program for the period of time prescribed by the
regulations for violations of the kind committed, (2) to a
waiver of any rights to an administrative or judicial review
of such suspension, and (3) to a forfeiture of any portion of
the total civil money penalty that the plaintiff might have
already paid.

   5.   The defendant agrees to modify its decision
disqualifying the plaintiff from participation in the Food
Stamp program for a period of six months by accepting the
above-referenced civil penalty in lieu of disqualification,
provided that the plaintiff provide the United States
Department of Agriculture, Food and Nutrition Service with a
bond or letter of credit in the amount of $2,558.00, prior to
and as a condition of reauthorization.  Said bond or letter
of credit shall be delivered to Peter Conti,  Food and
Nutrition Service, USDA, 10 Causeway Street, Boston, MA
02222, and shall remain in force for the duration of the
plaintiff's participation in the Food Stamp Program.

   6. The parties hereto agree that this stipulation sets
forth the entire agreement between them relating to this
matter.

3

7.  This stipulation may be so ordered by the Court without any further notice to the parties.

8.  Upon approval of the Stipulation of Settlement by the court, this case shall be dismissed with prejudice and without costs, expenses, or attorneys' fees.

THE PLAINTIFF

Steven R. Weiner
930 Main Street
Springfield, MA 01103

THE DEFENDANT

Karen L. Goodwin
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103

Perez Brothers Market, Inc.
by, Jose H. Perez, President

APPROVED AND SO ORDERED on this ____ day of
_____, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

4