UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEREZ BROTHERS MARKET, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 04-cv-30146-KPN |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the defendant, the United States, and acknowledges satisfaction of the Judgment as to the plaintiff, Perez Brothers Market, Inc., by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated:  April 26, 2005

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                              Boston, MA

I hereby certify that on this date, I have served a copy of the foregoing by mailing to plaintiff's attorney, Steven Weiner, 930 Main Street, Springfield, MA 01103.

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney